IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NORTHWOODS HEATING & COOLING, LLC,

    Plaintiff,

v.

NORTHWOODS HEATING & AIR
CONDITIONING, LLC,

    Defendant.

Case No. 21-CV-484

**COMPLAINT**

JURY TRIAL DEMANDED

Plaintiff Northwoods Heating & Cooling, LLC ("Northwoods Heating & Cooling") alleges the following against defendant Northwoods Heating & Air Conditioning, LLC ("NH&AC"):

## THE PARTIES

1. Northwoods Heating & Cooling, LLC ("Northwoods Heating & Cooling") is a limited liability company organized under the laws of the State of Wisconsin with its principal place of business at 8682 E. Flowage Lane, Gordon, WI 54838.

2. Northwoods Heating & Air Conditioning, LLC ("NH&AC") is a limited liability organized under the laws of the State of Wisconsin with its principal place of business 6682 S. County Road B, Foxboro, WI 54836.

## JURISDICTION AND VENUE

3. This action arises under the Lanham Act, 15 U.S.C. § 1051 *et seq*., and under Wisconsin's common law of unfair competition. This Court has subject matter jurisdiction over the federal claims under 28 U.S.C. §§ 1331, 1137, and 1338(b) and 15 U.S.C. § 1121. This Court has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367.

4. This Court has personal jurisdiction over NH&AC because it is a under organized under the laws of the State of Wisconsin; has its principal place of business in this district; regularly solicits and transacts business in this district; and has committed numerous acts of trademark infringement at issue in this district.

5. Venue is proper in this district under 28 U.S.C. § 1391 at least for the reasons this Court has personal jurisdiction.

## FACTUAL BACKGROUND

### Northwoods Heating & Cooling's Trademark Rights

6. Northwoods Heating & Cooling has used NORTHWOODS HEATING & COOLING in commerce since at least September 2017.

7. Northwoods Heating & Cooling filed an application to federally register its NORTHWOODS HEATING & COOLING trademark on March 13, 2020.

8. Northwoods Heating & Cooling's U.S. Trademark Registration No. 6,168,104 to NORTHWOODS HEATING & COOLING issued on October 6, 2020. Attached as **Exhibit A** and hereby incorporated by reference is the certificate of registration for U.S. Trademark Reg. No. 6,168,104.

9. Examples of Northwoods Heating & Cooling use are shown below:





## NH&AC's Activities

10. According to the publicly available records from the Wisconsin Department of Financial Institutions, NH&AC was organized on May 14, 2019.

11. Without authorization from Northwoods Heating & Cooling, NH&AC has used the name "Northwoods Heating & Air Conditioning" to market at least HVAC contractor services, installation and repair of heating, ventilating, and air conditioning equipment, examples of which are shown below:





12. Northwoods Heating & Cooling became aware of NH&AC using the name "Northwoods Heating & Air Conditioning" to market HVAC contractor services, installation and repair of heating, ventilating, and air conditioning equipment around March 2020.

13. On April 6, 2020, Northwoods Heating & Cooling (through its counsel) sent a letter to NH&AC demanding NH&AC discontinue use all use of "Northwoods" in connection with sales, installation, and services of heating and cooling systems. Attached as **Exhibit B** and hereby incorporated by reference is a copy of the letter sent to NH&AC.

14. On April 9, 2020, NH&AC responded (though its counsel) that not only did it not infringe any trademark rights of Northwoods Heating & Cooling, but that Northwoods Heating & Cooling was infringing NH&AC's "registered trademark" and demanded Northwoods Heating & Cooling cease using NH&AC's trademark. Attached as **Exhibit C** and hereby incorporated by reference is a copy of the response from NH&AC.

15. On April 9, 2020, NH&AC (though its counsel) filed for record a statement of adoption of the trademark "Northwoods Heating & Air Conditioning, LLC" with the Wisconsin Department of Financial Institutions. Attached as **Exhibit D** and hereby incorporated by reference is a copy of certification of NH&AC's recordation.

16. On December 3, 2020, counsel for Northwoods Heating & Cooling sent a letter to counsel for NH&AC informing NH&AC that Northwoods Heating & Cooling owned U.S. Trademark Registration No. 6,168,104 and again demanding NH&AC cease all use of the term "Northwoods Heating & Air Conditioning." Attached as **Exhibit E** and hereby incorporated by reference is a copy of the letter sent to NH&AC.

17. On December 3, 2020, counsel for NH&AC indicated in an email that he was not currently representing NH&AC and to contact NH&AC directly. Attached as **Exhibit F** and hereby incorporated by reference is a copy of the email sent by counsel for NH&AC.

18. On December 8, 2020, Northwoods Heating & Cooling (through its counsel) sent a letter to NH&AC informing NH&AC that it owned U.S. Trademark Registration No. 6,168,104 and again demanding NH&AC cease all use of the term "Northwoods Heating & Air Conditioning." Attached as **Exhibit G** and hereby incorporated by reference is a copy of the letter sent to NH&AC.

19. To date, NH&AC continues its unauthorized use of the term "Northwoods Heating & Air Conditioning" in connection with at least sales, installation, and services of heating and cooling systems, which has had a substantial effect on Northwoods Heating & Cooling's business and caused actual confusion of customers and vendors as to the source of the services.

**COUNT I**
**INFRINGEMENT OF REGISTERED TRADEMARK**
**UNDER 15 U.S.C. § 1114(a)**

20. Northwoods Heating & Cooling restates and hereby incorporates by reference the allegations from the preceding paragraphs as if fully set forth herein.

21. Northwoods Heating & Cooling owns valid and protectable trademark rights to NORTHWOODS HEATING & COOLING through its continuous use in interstate commerce and Wisconsin.

22. Northwoods Heating & Cooling owns all right, title, and interest to federal trademark rights to NORTHWOODS HEATING & COOLING, including U.S. Trademark Registration No. 6,168,104.

23. Without Northwoods Heating & Cooling's authorization, NH&AC uses "Northwoods Heating & Air Conditioning" in commerce in connection with sales, installation, and services of heating and cooling systems.

24. NH&AC's unauthorized use is likely to cause confusion, mistake, or deception related to Northwoods Heating & Cooling's U.S. Trademark Registration No. 6,168,104 in violation of 15 U.S.C. § 1114.

25. As a direct and proximate result of NH&AC's unauthorized use, Northwoods Heating & Cooling has suffered and will continue to suffer harm, including lost sales and market share and damage to reputation and good will. Northwoods Heating & Cooling has also suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law. Northwoods Heating & Cooling is entitled to injunctive relief under 15 U.S.C. § 1116.

26. Northwoods Heating & Cooling is entitled to recover damages it has sustained due to NH&AC's wrongful acts NH&AC's profits under 15 U.S.C. § 1117(a).

27. Northwoods Heating & Cooling is entitled to recover treble damages and profits under 15 U.S.C. § 1117(a) because NH&AC's wrongful acts demonstrate willful intent to trade on the goodwill associated with the NORTHWOODS HEATING & COOLING registered mark.

28. Under 15 U.S.C. § 1117, Northwoods Heating & Cooling is also entitled to recover its costs of suit and its attorneys' fees because this is an exceptional case.

## COUNT II
## INFRINGEMENT OF TRADEMARK
## UNDER 15 U.S.C. §1125(a)

29. Northwoods Heating & Cooling restates and hereby incorporates by reference the allegations of paragraphs 1 through 19 as if fully set forth herein.

30. Northwoods Heating & Cooling owns valid and protectable trademark rights to NORTHWOODS HEATING & COOLING through its continuous use in interstate commerce and Wisconsin.

31. Without Northwoods Heating & Cooling's authorization, NH&AC uses "Northwoods Heating & Air Conditioning" in commerce in connection with sales, installation, and services of heating and cooling systems.

32. NH&AC's unauthorized use is likely to cause confusion, mistake, or deception as to Northwoods Heating & Cooling's affiliation, connection, origin, sponsorship, or approval of NH&AC's wrongful acts violation of 15 U.S.C. § 1125(a).

33. As a direct and proximate result of NH&AC's use, Northwoods Heating & Cooling has suffered and will continue to suffer harm, including lost sales and market share and damage to reputation and good will. Northwoods Heating & Cooling has also suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law. Northwoods Heating & Cooling is entitled to injunctive relief under 15 U.S.C. § 1116.

34. Northwoods Heating & Cooling is entitled to recover damages it has sustained due to NH&AC's wrongful acts and NH&AC's profits under 15 U.S.C. § 1117(a).

35. Northwoods Heating & Cooling is entitled to recover treble damages and profits under 15 U.S.C. § 1117(a) because NH&AC's wrongful acts demonstrate willful intent to trade on the goodwill associated with the NORTHWOODS HEATING & COOLING mark.

36. Under 15 U.S.C. § 1117, Northwoods Heating & Cooling is also entitled to recover its costs of suit and its attorneys' fees because this is an exceptional case.

## COUNT III
## TRADEMARK INFRINGEMENT, DECEPTIVE TRADE PRACTICES, AND UNFAIR COMPETITION UNDER COMMON LAW

37. Northwoods Heating & Cooling restates and hereby incorporates by reference the allegations of paragraphs 1 through 19 as if fully set forth herein.

38. Northwoods Heating & Cooling owns valid and protectable trademark rights to NORTHWOODS HEATING & COOLING through its continuous use in interstate commerce and Wisconsin.

39. Northwoods Heating & Cooling owns federal trademark rights to NORTHWOODS HEATING & COOLING, including U.S. Trademark Registration No. 6,168,104.

40. Without Northwoods Heating & Cooling's authorization, NH&AC uses "Northwoods Heating & Air Conditioning" in Wisconsin in connection with sales, installation, and services of heating and cooling systems.

41. NH&AC's unauthorized use is at least likely to cause confusion, mistake, or deception as to Northwoods Heating & Cooling's affiliation, connection, origin, sponsorship, or approval with respect to NH&AC and its unauthorized use and constitutes trademark infringement, deceptive trade practices, and unfair competition.

42. As a direct and proximate result of NH&AC's use, Northwoods Heating & Cooling has suffered and will continue to suffer harm, including lost sales and market share and damage to reputation and good will. Northwoods Heating & Cooling has also suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.

43. Northwoods Heating & Cooling is at least entitled to damages, injunctive relief, and its costs and attorneys' fees.

## JURY DEMAND

44. Pursuant to Federal Rule of Civil Procedure 38(b), Northwoods Heating & Cooling demands a jury trial for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Northwoods Heating & Cooling prays for judgment as follows:

a. Judgment that NH&AC has infringed Northwoods Heating & Cooling's registered trademark under 15 U.S.C. § 1114;

b. Judgement that NH&AC has infringed Northwoods Heating & Cooling's trademark under 15 U.S.C. § 1125(a);

c. Judgment that NH&AC has engaged in trademark infringement, deceptive trade practices, and unfair competition under Wisconsin common law;

d. Injunctive relief under 15 U.S.C. § 1116 and other applicable laws, preliminarily and permanently enjoining NH&AC and its agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting in concert or privity with NH&AC, from: (1) using "Northwoods Heating & Cooling," or any similar variations thereof, including "Northwoods Heating & Air Conditioning," in connection with in connection with sales, installation, and services of heating and cooling systems; (2) using any trademark that imitates or

is confusingly similar to "Northwoods Heating & Cooling" or is likely to cause confusion, mistake, deception, or public misunderstanding as to the origins NH&AC's sales, installation, and services of heating and cooling systems or its relatedness to Northwoods Heating & Cooling; and (3) engaging in trademark infringement, unfair competition, false designation of origin, deceptive trade practices, or other activities that misappropriate Northwoods Heating & Cooling's trademark rights.

  e. Damages under 15 U.S.C. § 1117 and other applicable laws, including prejudgment and post-judgment interest, against NH&AC and in favor of Northwoods Heating & Cooling in an amount to be determined at trial;

  f. Disgorgement of NH&AC's profits under 15 U.S.C. § 1117 and other applicable laws;

  g. Costs and attorneys' fees under 15 U.S.C. § 1117 and other applicable laws;

  h. Statutory damages under 15 U.S.C. § 1117;

  i. Treble damages, profits, and all other monetary relief under 15 U.S.C. § 1117 and other applicable laws; and

  j. Such other and further relief as the Court may deem just and proper.

         Respectfully Submitted,

Dated: August 2, 2021   By: *s/ Adam E. Szymanski*
           Jeffer Ali (#0247947)*
           Adam E. Szymanski (#397704)
           **PATTERSON THUENTE PEDERSEN, P.A.**
           4800 IDS Center
           80 S. 8th Street
           Minneapolis, MN 55402-2100
           Phone: 612-349-3004
           Fax: 612-349-9266
           ali@ptslaw.com
           szymanski@ptslaw.com

*Attorneys for Plaintiff Northwoods Heating & Cooling, LLC*

\**application for admission forthcoming*