UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**NORTHWOODS HEATING & COOLING, LLC**

       Plaintiff,

v.

**NORTHWOODS HEATING & AIR CONDITIONING, LLC**

       Defendant.                                    Court File No. 21-CV-484

---

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

---

Torvinen, Jones, Routh & Saunders, S.C., by Parrish J. Jones, hereby moves for leave to withdraw its appearance as counsel.

Dated this 28th day of July 2022.

                                             TORVINEN, JONES, ROUTH & SAUNDERS, S.C.

                                             *Electronically signed by Parrish J. Jones*

                                             _____
                                             Parrish J. Jones
                                             State Bar Nos. WI 1056911, MN 0386384
                                             823 Belknap Street, Suite 222
                                             Superior, WI 54880
                                             Telephone: 715-394-7751
                                             Facsimile: 715-395-0923
                                             Email: pjones@superiorlawoffices.com