IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORTHWOODS HEATING & COOLING, LLC,

    Plaintiff,

v.

NORTHWOODS HEATING & AIR CONDITIONING, LLC,

    Defendant.

ORDER

21-cv-484-wmc

---

Parrish J. Jones and Torvinen, Jones, Routh & Sanders, S.C. filed a motion for leave to withdraw as counsel for defendant Northwoods Heating & Air Conditioning, LLC, in this matter. (Dkt. #30.) Defendant was given an opportunity to oppose the request (dkt. #31), but has not done so. Defendant's silence is accepted as acquiescence and counsel's motion will be granted. In order to give the defendant time to find new counsel, the court will strike the current schedule and wait 6 weeks before ruling on the pending motions to compel and for sanctions.

Defendant is again reminded that a failure to retain new counsel will prevent it from offering any further defense to plaintiffs' claims. *United States v. Hagerman*, 545 F.3d 579, 581-82 (7th Cir. 2008).

ORDER

Accordingly, IT IS ORDERED that:

(1) the motion for leave to withdraw as counsel for defendant filed by Parrish J. Jones and Torvinen, Jones, Routh & Sanders, S.C (dkt. #30) is GRANTED;

(2) the schedule in this matter is STRUCK; and

(3) defendant shall have until September 21, 2022, to have new counsel file a notice of appearance.

Entered this 10th day of August, 2022.

                              BY THE COURT:

                              /s/

                              _____
                              WILLIAM M. CONLEY
                              District Judge